**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000085
16-MAY-2025
08:30 AM
Dkt. 35 ODSD**

NO. CAAP-25-0000085

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAMON VAN DEUSEN and CORRINA VAN DEUSEN,
as and/or for Co-Trustees of the Dirk Edward Van Deusen Trust,
Plaintiffs-Appellees, v.
CASSIE LUND and LAEL WILSON, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CASE NO. 3DRC-24-0002236)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On February 12, 2025, self-represented Defendants-Appellants Cassie Lund and Lael Wilson (together, **Appellants**) filed the notice of appeal;

(2) On March 11, 2025, the court denied Appellants' February 14, 2025 Motion for Leave to Proceed *In Forma Pauperis*, without prejudice to Appellants filing another such motion that includes information on income and assets, as required by Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 24(a);

(3) Appellants did not file a subsequent motion for leave to proceed *in forma pauperis*;

(4) The record on appeal was due on or before April 14, 2025, see HRAP Rules 11(b)(1), 26(a), but was not filed because Appellants failed to pay the filing fees or obtain a fee waiver;

(5) On April 30, 2025, the appellate clerk entered a default of the record on appeal, informing Appellants that the time to docket the appeal had expired, Appellants had not paid

the filing fees or obtained an order allowing Appellants to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on May 12, 2025, for action that may include dismissal of the appeal, and Appellants could seek relief from default by motion; and

(6) Appellants have not taken any further action in this appeal. An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*. HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, May 16, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge